```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

DARRELL M. KNOX
AND TONI KNOX                                              PLAINTIFFS

VS.                           CIVIL ACTION NO. 5:07-cv-6(DCB)(JMR)

JOSE FERRER, M.D., AND
RIVER REGION HEALTH SYSTEM,
D/B/A RIVER REGION MEDICAL CENTER                          DEFENDANTS

                              ORDER

This cause is before the Court on the defendants' motion in limine **(docket entry 52)** to exclude any reference to hearsay statements allegedly made by any of plaintiff Darrell Knox's treating physicians; and the defendants' motion in limine **(docket entry 53)** to exclude any reference to claim for loss of past wages by Darrell Knox.  Inasmuch as the plaintiffs have filed responses indicating that they do not contest either motion, the motions shall be granted.  Accordingly,

IT IS HEREBY ORDERED that the defendants' motions in limine **(docket entries 52 and 53)** are GRANTED.

SO ORDERED, this the 22nd day of September, 2008.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE