

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 30 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**DARRELL M. KNOX and TONI KNOX**         **PLAINTIFFS**

**VS.**        **CIVIL ACTION NO.: 5:07cv6DCB-JMR**

**JOSE FERRER, M.D., and VICKSBURG
HEALTHCARE, LLC, d/b/a RIVER REGION
HEALTH SYSTEM d/b/a RIVER REGION
MEDICAL CENTER**        **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on to be heard on the motion, *ore tenus*, of the Plaintiffs, for a Judgment dismissing, with prejudice, any and all claims asserted in this cause by the Plaintiffs, and the Court, having considered same, noting agreement of all parties to the entry of this Judgment and being fully advised of the premises, finds that said motion is well taken and should be sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that any and all claims asserted in this cause by the Plaintiffs against Vicksburg Healthcare, LLC and Dr. Jose Ferrer, are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 27 day of October, 2008.

_____
DISTRICT COURT JUDGE

_____
WALTER C. MORRISON, IV
Attorney for the Plaintiffs

_____
STUART B. HARMON
Attorney for VHC and Dr. Ferrer

G:\SBH\VHC.KNOX\PLEADINGS\OOD.doc